IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAUREN MULLIS, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ALN MEDICAL MANAGEMENT LLC, and HOAG CLINIC,<br><br>Defendants. | **4:25CV3096**<br><br>**RECUSAL ORDER** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the docket in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

Dated this 6th day of June, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge